UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN AYRES, | ) | CASE NO. 1:18-cv-02988 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **MOTION TO DISMISS PURSUANT** |
| | ) | **TO FED. R. CIV. P. 41(A)(2)** |
| WILLING HANDS INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Now come counsel for Plaintiff, and hereby move to dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The reasons for this motion are stated as follows.

On March 31, 2019, Plaintiff's counsel received an emailed letter from Plaintiff Lauren Ayres which was also copied to Defendant Yvonne Wallace. The letter stated that Plaintiff had decided to discontinue participation in this case as a result of an alleged settlement reached individually with Defendants. (Exhibit 1.) Subsequent to the filing of this action, Defendants conducted their own audit of Ms. Ayers' payroll records. Defendants thereafter deposited funds into Ms. Ayers' bank account based upon what Defendants' believed Ms. Ayers was owed. The funds deposited did not compensate Ms. Ayers for all of the monies to which she is entitled under the FLSA and related Ohio wage laws. Defendants did not pay Ms. Ayers liquidated damages nor did they compensate her for her reasonable attorney fees and court costs.

Plaintiff's counsel has sought to clarify Ms. Ayer's intention. However, despite repeated telephone calls, e-mails, and a certified letter, Ms. Ayers has refused to communicate with counsel. The letter is inconsistent with Lauren Ayres' prior indication and promise that she would fairly and adequately represent the interests of the Class and to always act in the best interest of the Class. The letter was also sent two days after Plaintiff's counsel issued a notice of

Rule 30(b)(6) deposition for April 8, 2019 (with accommodation) to Defendant to examine the subjects addressed at the Court's Case Management Conference. Defendants' counsel responded that that day was not available, but has not followed-up with available dates. Plaintiff's counsel has also attempted to contact Opt-In Plaintiff Jerome Norton Jr., apparent boyfriend of Plaintiff Lauren Ayers, but also has been unsuccessful in reaching him.

Plaintiff's counsel immediately attempted to follow-up with Plaintiff by telephone and email. Counsel eventually sent a certified letter regarding the letter received by counsel. Plaintiff's counsel received a "green card" certified mailing receipt of counsel's letter on about April 15, 2019. Given these facts, Plaintiff's counsel cannot continue to maintain this action.

Plaintiff's counsel respectfully request that this matter be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff's counsel attempted to dismiss this matter by stipulation with Defendants, but Defendants' counsel indicated that a stipulation was not agreeable.

Respectfully submitted,

*s/ Ryan A. Winters*
Joseph F. Scott (0061640)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
SCOTT & WINTERS LAW FIRM, LLC
The Caxton Building
812 Huron Rd. E., Suite 490
Cleveland, OH 44115
P: (216) 912-2221   F: (216) 350-6313
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/ Ryan A. Winters*
Ryan A. Winters (0086917)
